AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| SCOTT ALLEN BOLGER | ) | Case No.   1:25-MJ-00734 |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 23, 2025_____ in the county of _____Fairfax_____ in the
_____Eastern_____ District of _____Virginia_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c) | Interstate threats |
| 18 U.S.C. § 1001(a)(2) | False statements |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Gavin R. Tisdale

*Ahmad Fahim Noor Harrif*
*Complainant's signature*

FBI TFO, Ahmad Fahim Noor Harrif
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   _____12/26/2025_____

Lindsey R Vaala    Digitally signed by Lindsey R Vaala
Date: 2025.12.26 18:26:23 -05'00'

*Judge's signature*

City and state:   _____Alexandria, Virginia_____

Lindsey R. Vaala, United States Magistrate Judge
*Printed name and title*