IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   1:25-mj-734 (LMB) |
| SCOTT ALLEN BOLGER, | ) |
| | ) |
| Defendant. | ) |

ORDER

For the reasons stated in open court, it is hereby

ORDERED that defendant's Motion to Revoke Detention Order [Dkt. 20] be and is

DENIED without prejudice to defendant being able to file a new motion if the facts and law so

warrant.

The Clerk is directed to forward copies of this Order to counsel of record and the U.S.

Pretrial Services Office.

Entered this 7th day of January, 2026.

Alexandria, Virginia

_____/s/_____
Leonie M. Brinkema
United States District Judge