**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CASE NO.   1:26-CR-0008 |
| | : | Hon. Anthony J. Trenga |
| SCOTT ALLEN BOLGER | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION TO WITHDRAW AND STRIKE REPLY BRIEF**

The Defendant, by counsel, moves the Court to withdraw and strike his reply brief, Docket Number 67.  Counsel has conferred with the Government following the submission of the reply regarding the matters addressed therein.  Based on that conversation, counsel moves to withdraw and strike the reply brief.

Respectfully Submitted,
Scott Allen Bolger
By Counsel

ELSAYED LAW PLLC

BY: ____/s/_____
Muhammad Elsayed
Virginia Bar No. 86151
3955 Chain Bridge Road
Second Floor
Fairfax, Virginia 22030
(703) 884-2636
(703) 884-2637 (fax)
me@elsayedlaw.com

1