**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:26-CR-8 |
| SCOTT ALLEN BOLGER, | |
| *Defendant*. | Sentencing: June 3, 2026 |

**GOVERNMENT MOTION FOR LEAVE
TO FILE SUR-REPLY TO DEFENDANT'S REPLY**

The United States of America, through undersigned counsel, moves this honorable Court for leave to file a response to the defendant's Reply brief submitted on May 30, 2026. *See* ECF No. 67. The filing, which has been published to the captioned docket, contains information necessitating a reply to ensure clarity and accuracy of the public record. Accordingly, the United States seeks leave of the Court to file a response.[1]

Respectfully submitted,

Todd W. Blanche
Acting Attorney General

_____/s/_____
Jacob A. Mercer
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3780
Fax:    (703) 299-3980
Email: Jacob.Mercer@usdoj.gov

---

[1] In light of the upcoming hearing in this matter, the government has filed the aforementioned sur-reply contemporaneously with this motion.