**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:26-CR-8 |
| SCOTT ALLEN BOLGER, | |
| *Defendant*. | Sentencing: June 3, 2026 |

**REPLY TO DEFENDANT'S RESPONSE**
**TO GOVERNMENT'S POSITION ON SENTENCING**

The United States of America, through undersigned counsel, submits this Reply in response to the Defendant's Reply to Government's Position on Sentencing filed on May 30, 2026. ECF No. 67. The government has reviewed the Reply and understands the defendant is seeking to strike the filing from the docket. Accordingly, the government will not substantively address the allegations contained in the aforementioned Reply; however, for clarity of the public record, the government stands by the factual assertions submitted in its Position on Sentencing filed May 27, 2026. ECF No. 63.

Respectfully submitted,

Todd W. Blanche
Acting Attorney General

_____/s/_____
Jacob A. Mercer
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3780
Fax:    (703) 299-3980
Email: Jacob.Mercer@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on June 2, 2026, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

_____/s/_____
Jacob A. Mercer
Assistant United States Attorney
