IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CASE NO.   1:26-CR-0008 |
| | : | |
| SCOTT ALLEN BOLGER | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon the motion of the Defendant, without objection by the Government, the Defendant's

Reply to the Government's Position on Sentencing, Docket Number 67, is hereby withdrawn and

stricken from the record.

ENTERED this 2nd day of June, 2026.

/s/

Anthony J. Trenga
Senior United States District Judge
Hon. Anthony J. Trenga
Senior U.S. District Judge
Alexandria, Virginia