IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

v.

SCOTT ALLEN BOLGER,

*Defendant.*

Case No. 1:26-CR-8

## ORDER

WHEREBY the United States seeks, without objection from the defendant, leave of Court to file a Reply to defendant's Reply to Government's Position on Sentencing, and upon due consideration, it is hereby

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that the United States is authorized to submit a Reply to the defendant's Reply to the Government's Position on Sentencing.

ENTERED this 2nd day of June, 2026.

_____
/s/
Anthony J. Trenga
Senior United States District Judge